UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2012

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-12-1723 |
| | § | | |
| DANIEL SEGOVIA PLATA | § | | |
| also known as "Negro" | § | | |
| CARLOS BELMONTE | § | | |
| also known as "Charly" | § | | |
| SERGIO SANCHEZ ✱ | § | | |
| also known as "Checo" | § | | |
| also known as "Chimuelo" | § | | |
| also known as "Normando" | § | | |
| LUIS OBREGON-RIVERA | § | | |
| also known as "Guicho" | § | | |
| JESUS LOZANO-CANO | § | | |
| also known as "Charro" | § | | |
| ✱✱ ARMANDO BARRERA | § | | |
| JOSE JUAN GARZA | § | | |
| ✱✱ ARNULFO OCHOA | § | | |
| ✱ ANSELMO OLIVARES | § | | |
| also known as "Chemo" | § | | |
| EULALIO OLIVARES ✱ | § | | |
| ✱✱✱ JOSE FRANCISCO VELA | § | | |
| also known as "Pancho" | § | | |
| ROSA GONZALEZ | § | | |
| YOLANDA GONZALEZ | § | | |
| AKA: JOSE ADRIAN MENDEZ (TRUE NAME: JESUS TORRES-GUTIERREZ) | | | |
| also known as "Maestro" 11/7/12 /lc | § | | |
| also known as "Gordo" | § | | |
| MARTHA ELISA GUZMAN | § | | |
| CARLOS MARIO ALANIS-PERALES | § | | |
| MOISES MORENO-SANCHEZ | § | | |
| ✱✱✱✱ JUAN MANUEL GARZA | § | | |
| ✱✱✱✱ GREGORY GARZA | § | | |
| ✱✱✱✱✱ PATRICK WADE | § | | |
| JOSE MARIA CINTORA-AGUILAR ✱ | § | | |

### SEALED INDICTMENT

THE GRAND JURY CHARGES:

## Count One

From on or about April, 2011 to this date, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

        **DANIEL SEGOVIA PLATA**
        also known as "Negro"
        **CARLOS BELMONTE**
        also known as "Charly"
        **SERGIO SANCHEZ**
        also known as "Checo"
        also known as "Chimuelo"
        also known as "Normando"
        **ARMANDO BARRERA**
        **JOSE JUAN GARZA**
        **ARNULFO OCHOA**
        **ANSELMO OLIVARES**
        also known as "Chemo"
        **EULALIO OLIVARES**
        **ROSA GONZALEZ**
        **YOLANDA GONZALEZ**
    AKA: **JOSE ADRIAN MENDEZ** (TRUE NAME: JESUS TORRES-GUTIERREZ)
        also known as "Maestro"
        also known as "Gordo"
        **MARTHA ELISA GUZMAN**
        **JUAN MANUEL GARZA**
        **GREGORY GARZA**
        **PATRICK WADE**
        and
    **JOSE MARIA CINTORA-AGUILAR**

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

From on or about April, 2011 to this date, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

DANIEL SEGOVIA PLATA
also known as "Negro"
CARLOS BELMONTE
also known as "Charly"
SERGIO SANCHEZ
also known as "Checo"
also known as "Chimuelo"
also known as "Normando"
LUIS OBREGON-RIVERA
also known as "Guicho"
JESUS LOZANO-CANO
also known as "Charro"
ARMANDO BARRERA
JOSE FRANCISCO VELA
also known as "Pancho"
AKA:JOSE ADRIAN MENDEZ (TRUE NAME: JESUS TORRES-GUTIERREZ)
also known as "Maestro"
also known as "Gordo"
CARLOS MARIO ALANIS-PERALES
and
MOISES MORENO-SANCHEZ

did knowingly conspire and agree together and with other persons known and unknown to the Grand Jurors to transport, transmit and transfer and attempt to transport, transmit and transfer monetary instruments and funds from a place in the United States to a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is the distribution of a controlled substance.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (h).

## Count Three

On or about April 19, 2011, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

DANIEL SEGOVIA PLATA
also known as "Negro"
CARLOS BELMONTE
also known as "Charly"
SERGIO SANCHEZ
also known as "Checo"
also known as "Chimuelo"
also known as "Normando"
LUIS OBREGON-RIVERA

## Count Five

On or about December 1, 2011, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**SERGIO SANCHEZ**
also known as "Checo"
also known as "Chimuelo"
also known as "Normando"
**ARMANDO BARRERA**
and
**JOSE FRANCISCO VELA**
Also known as "Pancho"

did attempt to transport monetary funds, that is approximately $772,650.00 in United States currency, from a place in the United States, that is Houston, Texas, to a place outside the United States, that is Mexico, with the intent to promote the carrying on of specified unlawful activity, that is the distribution of a controlled substance.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## Count Six

On or about February 11, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

**SERGIO SANCHEZ**
also known as "Checo"
also known as "Chimuelo"
also known as "Normando"
**ROSA GONZALEZ**
and
**YOLANDA GONZALEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 8 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Seven

On or about February 15, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

> **SERGIO SANCHEZ**
> also known as "Checo"
> also known as "Chimuelo"
> also known as "Normando"
> AKA: JOSE ADRIAN MENDEZ (TRUE NAME: JESUS TORRES-GUTIERREZ)
> also known as "Maestro"
> also known as "Gordo"
> and
> **MARTHA ELISA GUZMAN**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 22.78 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Eight

On or about March 2, 2012, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

> **SERGIO SANCHEZ**
> also known as "Checo"
> also known as "Chimuelo"
> also known as "Normando"
> AKA: JOSE ADRIAN MENDEZ (TRUE NAME: JESUS TORRES-GUTIERREZ)
> also known as "Maestro"
> also known as "Gordo"

## Count Ten

On or about September 25, 2012, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

**SERGIO SANCHEZ**
**also known as "Checo"**
**also known as "Chimuelo"**
**also known as "Normando"**
**and**
**JOSE MARIA CINTORA-AGUILAR**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 4.58 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

As a result of the foregoing violations of Title 21, United States Code, Sections 841(a) and 846, as alleged in Count One, defendants,

**DANIEL SEGOVIA PLATA**
**also known as "Negro"**
**CARLOS BELMONTE**
**also known as "Charly"**
**SERGIO SANCHEZ**
**also known as "Checo"**
**also known as "Chimuelo"**
**also known as "Normando"**
**ARMANDO BARRERA**
**JOSE JUAN GARZA**
**ARNULFO OCHOA**
**ANSELMO OLIVARES**
**also known as "Chemo"**
**EULALIO OLIVARES**

ROSA GONZALEZ
YOLANDA GONZALEZ
AKA: JOSE ADRIAN MENDEZ (TRUE NAME: JESUS TORRES-GUTIERREZ)
also known as "Maestro"
also known as "Gordo"
MARTHA ELISA GUZMAN
JUAN MANUEL GARZA
GREGORY GARZA
PATRICK WADE
and
JOSE MARIA CINTORA-AGUILAR

shall, pursuant to Title 21, United States Code, Section 853(a), forfeit to the United States all of his interest in all property constituting or derived from any proceeds the defendants obtained either directly or indirectly from said violations as well as all of their interest in all property used or intended to be used in any manner to commit or facilitate the commission of said violations, including but not limited to:

A.
$1,077,080.00

If any property subject to forfeiture by Title 21, United States Code, Section 853(a), as a result of any act or omission of any defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to a third person or entity;

(3)  has been placed beyond the jurisdiction of the Court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any and all other property of said defendants as substitute assets for the

property whose forfeiture has been impeded for reasons (1), (2), (3), (4), or (5) described above.

As a result of the foregoing violations of Title 18, United States Code, Section 1956, as alleged in Counts Two and Eight, defendants,

DANIEL SEGOVIA PLATA
also known as "Negro"
CARLOS BELMONTE
also known as "Charly"
SERGIO SANCHEZ
also known as "Checo"
also known as "Chimuelo"
also known as "Normando"
LUIS OBREGON-RIVERA
also known as "Guicho"
JESUS LOZANO-CANO
Also known as "Charro"
ARMANDO BARRERA
JOSE FRANCISCO VELA
also known as "Pancho"
JOSE ADRIAN MENDEZ
also known as "Maestro"
also known as "Gordo"
CARLOS MARIO ALANIS-PERALES
and
MOISES MORENO-SANCHEZ

shall, pursuant to Title 18, United States Code, Section 982(a)(1), forfeit to the United States all of his interest in all property involved in or traceable to such offense, including but not limited to:

A.
$1,077,080.00

If any property subject to forfeiture by Title 18, United States Code, Section 982 (a)(1), as a result of any act or omission of any defendant:

(6)	cannot be located upon the exercise of due diligence;

(7)	has been transferred or sold to a third person or entity;

(8)	has been placed beyond the jurisdiction of the Court;

(9) has been substantially diminished in value; or

(10) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), to seek the forfeiture of any and all other property of said defendants including any property charged above and determined not be subject to forfeiture by 18 United States Code, Section 982(a)(1), as substitute assets for the property whose forfeiture has been impeded for reasons (1), (2), (3), (4) or (5) described above.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*[signature: Patricia Cook Profit]*
ASSISTANT UNITED STATES ATTORNEY